# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FRANCIS MARTINEZ,

    Plaintiff,

v.

BEER EXCHANGE, LLC; and 19 PROPS, LLC,

    Defendants.

Case No. 1:16−cv−00575−RJJ−PJG

Hon. Robert J. Jonker

## STIPULATION AND PROPOSED ORDER TO DISMISS BEER EXCHANGE, LLC WITH PREJUDICE

Plaintiff Francis Martinez and Defendant Beer Exchange, LLC, by and through their respective counsel of record, hereby stipulate and agree to dismissal of Plaintiff's claims against Beer Exchange, LLC with prejudice and without costs or fees to either party.

**APPROVED AS TO FORM AND CONTENT:**

Dated: December 14, 2016

/s/ George T. Blackmore
George T. Blackmore (P76942)
Attorney for Plaintiff

Dated: December 14, 2016

/s/ Steven A. Siman
Steven A. Siman (P20480)
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FRANCIS MARTINEZ,

    Plaintiff,

v.

BEER EXCHANGE, LLC,

    Defendant.

Case No. 1:16−cv−00575−RJJ−PJG

Hon. Robert J. Jonker

## PROPOSED ORDER TO DISMISS BEER EXCHANGE, LLC WITH PREJUDICE

    Based upon the foregoing stipulation of the parties to this action, and the Court being otherwise advised of the premises;

    IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Beer Exchange, LLC is dismissed with prejudice and without costs or fees to either party.

This Order does not close the case.

Dated:

    Hon. Robert J. Jonker