IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCIS MARTINEZ,

    Plaintiff,

v.

BEER EXCHANGE, LLC,

    Defendant.

Case No. 1:16−cv−00575−RJJ−PJG

Hon. Robert J. Jonker

## ORDER TO DISMISS BEER EXCHANGE, LLC WITH PREJUDICE

Based upon the foregoing stipulation of the parties to this action, and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Beer Exchange, LLC is dismissed with prejudice and without costs or fees to either party.

This Order does not close the case.

Dated:  December 15, 2016

    /s/Robert J. Jonker
    Hon. Robert J. Jonker